FLN (Rev. 4/2004) Deficiency Order                                                                                                       Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA   DIVISION

UNITED STATES for the use of LANZO
LINING SERVICES, INC.

                                              Case No.  3:07cv523/MCR/EMT

vs

QUALITY TRUST, INC., and
FEDERAL INSURANCE COMPANY

## ORDER

**"DEFENDANTS QUALITY TRUST and FEDERAL INSURANCE, COMPANY, REQUEST TO FILE AN ANSWER OUT OF TIME"** (received by clerk of court on January 15, 2008), was referred to the undersigned with the following deficiencies:

    The Request is made and signed by Lawrence M. Ruiz, who identifies himself as an individual making the request "on behalf of [Defendant] Federal Insurance [Company]," although it appears that Mr. Ruiz is also making the request on behalf of Defendant Quality Trust, Inc.  Mr. Ruiz, however, does not indicate that he is an attorney admitted to practice before this court.  It is well settled that a corporation is an artificial entity which cannot appear pro se in legal proceedings but must be represented by counsel.  *See* Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985), *cert: denied*, 474 U.S. 1058 (1986).  This rule applies even when the person seeking to represent the corporation is an officer thereof.  *Id.*

For this reason, it is **ORDERED** that:

    The submitted hard copy of the document shall be returned to Lawrence M. Ruiz, c/o Quality Trust, Inc., 133 East Home Street, Junction City, Kansas  66441, by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiency is corrected.

**DONE and ORDERED** this 23rd day of January 2008.

                                                   /s/ *Elizabeth M. Timothy*
                                                   **ELIZABETH M. TIMOTHY**
                                                   **UNITED STATES MAGISTRATE JUDGE**